IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JARELYS SANTIAGO, et al. | CIVIL NO.: 23-01465 (SCC) (BJM) |
| *Plaintiffs* | RE: |
| v. | |
| LUMA ENERGY, LLC, et als. | TORT CLAIM |
| *Defendants and Third-party Complainants* | JURY TRIAL DEMANDED |
| v. | |
| SANTA ISABEL ASPHALT | |
| *Third-party Defendant* | |
| MANUEL REYES MORELL | Consolidated with |
| *Plaintiff* | CIVIL NO.: 23-01465 (SCC) (BJM) |
| v. | |
| SANTA ISABEL ASPHALT, INC, et al. | JURY TRIAL DEMANDED |
| *Defendants* | |

**MOTION IN COMPLIANCE WITH COURT ORDER (Docket No. 106)**

**TO THE HONORABLE COURT**:

    **COME NOW** defendant Santa Isabel Asphalt ("SIA"), through their undersigned counsel, and respectfully state and pray:

1. In compliance with the Court's order, the appearing Defendant informs that the parties engaged in good faith settlement discussions in an effort to resolve the matter.

2. As part of those efforts, an offer was extended by the appearing Defendant during the July 2nd, 2025 hearing. Plaintiffs have since informed that, after due consideration, they are not in a position to accept the offer at this time.

3. Accordingly, the parties will continue with the discovery process pursuant to the case schedule. However, the appearing party remains open to honor their current offer and are confident that a settlement is possible.

**WHEREFORE** SIA respectfully requests that the Court take notice of this filing and deem its order on Docket 106 duly complied.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 17th, 2025.

We HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify such filing to attorneys who have filed appearances.

**Carlo G. Agrelot-Aponte, Esq.**
**De Corral & de Mier Law Offices**
#130 Eleanor Roosevelt
San Juan, PR 00918-3105
Tel: (787) 758-0644
Fax: (787) 758-0687
cagrelot@dcdmlaw.com

*s/Carlo G. Agrelot-Aponte*
USDC-PR-220406