IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JARELYS SANTIAGO, et al. *Plaintiffs* v. LUMA ENERGY, LLC, et als. *Defendants and Third-party Complainants* v. SANTA ISABEL ASPHALT *Third-party Defendant* | CIVIL NO.: 23-01465 (SCC) (BJM) RE: TORT CLAIM *JURY TRIAL DEMANDED* |
| MANUEL REYES MORELL *Plaintiff* v. SANTA ISABEL ASPHALT, INC, et al. *Defendants* | Consolidated with CIVIL NO.: 23-01511 *JURY TRIAL DEMANDED* |

**JOINT INFORMATIVE MOTION REGARDING
EXECUTION OF SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS
JARELYS SANTIAGO AND M.AR.S. AND CO-DEFENDANT LUMA**

**TO THE HONORABLE COURT**:

**COME NOW** plaintiffs Jarelys Santiago ("Santiago") and her underage son M.A.R.S. (jointly referred to as "Plaintiffs") and defendant LUMA Energy, LLC and LUMA Servco, LLC (collectively "LUMA"); through their undersigned counsel, and respectfully state and pray:

1

1. A scheduling and settlement conference was held on July 2, 2025. During the conference, LUMA and Plaintiffs reached an agreement that would end Civil Case No. 23-01465. The Parties agreed to execute a settlement agreement and file a stipulation for voluntary dismissal no later than July 14, 2025. **Docket No. 102**.

2. On July 14, 2025, the Parties requested a 15-day extension, until today, to execute the agreement and file the stipulation for dismissal, given that they were still discussing details regarding the language of the agreement. **Docket No. 104**. The extension was granted. **Docket No. 105**.

3. The Parties hereby inform that the final settlement agreement was executed today by both Parties.

4. The Parties request a period until August 8, 2025 for Plaintiffs to file the motion pursuant to Local Rule 41(b) requesting approval of the settlement on behalf of minor M.A.R.S.

5. Upon such approval, the Parties will file the stipulation requesting the complete dismissal of case Civil 23-01465.

**WHEREFORE** Plaintiffs and LUMA respectfully request that the Court take notice that the Settlement Agreement between them was executed today and grant until August 8, 2025 to file the request for approval of the settlement on behalf of minor M.A.R.S., after which the stipulation for voluntary dismissal will be filed.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 29, 2025.

We HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify such filing to attorneys who have filed appearances.

*Counsel for Plaintiffs*

304 Ponce de León, Ste. 990
San Juan, P.R. 00918
(787) 485-2692

/s/ Albéniz Couret Fuentes
Albéniz Couret Fuentes
USDC-PR 222207
acouret@smclawpr.com

/s/ Carlo Defendini-Díaz
Carlo Defendini-Díaz
USDC-PR No. 227814
cd1705@hotmail.com

*For LUMA Defendants:*



**DLA Piper (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, PR 00901-1969
Tel. 787-945-9106 / 9107
Fax 939-697-6141 / 6147

*/s/ Mariana Muñiz Lara*
Mariana Muñiz Lara
USDC-PR No. 231,706
mariana.muniz@us.dlapiper.com

*/s/ Daniel Brown Sáenz*
Daniel Brown Sáenz
USDC-PR No. 229601
daniel.brown-saenz@us.dlapiper.com