IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JARELYS SANTIAGO, et al. *Plaintiffs* v. LUMA ENERGY, LLC, et als. *Defendants and Third-party Complainants* v. SANTA ISABEL ASPHALT *Third-party Defendant* | CIVIL NO.: 23-01465 (SCC) (BJM) RE: TORT CLAIM *JURY TRIAL DEMANDED* |
| MANUEL REYES MORELL *Plaintiff* v. SANTA ISABEL ASPHALT, INC, et al. *Defendants* | Consolidated with CIVIL NO.: 23-01511 *JURY TRIAL DEMANDED* |

**MOTION FOR EXPEDITED RULING ON PENDING MOTIONS
AT DOCKET NOS. 115 AND 118**

**TO THE HONORABLE COURT**:

**COME NOW** plaintiffs Jarelys Santiago ("Santiago") and her underage son M.A.R.S., (jointly referred to as "Plaintiffs"), and respectfully state and pray:

On August 7, 2025, third-party defendant Santa Isabel Asphalt ("SIA") filed a sealed *Motion to Deposit Funds* pursuant to the settlement reached with Plaintiffs. Docket No. 115. That same day, Plaintiffs and defendants LUMA Energy, LLC and LUMA Energy Servco, LLC

1

(together, "LUMA"), filed a sealed *Verified Joint Motion Under Seal for Approval of Settlement With LUMA on Behalf of Minor Plaintiff M.A.R.S.* Docket No. 118.

Approval of both motions will effectively resolve all substantive issues in this case no. 23-01465. Once the Court authorizes SIA's deposit, Plaintiffs will promptly file the corresponding request for withdrawal of the funds deposited at Docket No. 116. With that final procedural step completed, judgment may be entered and the case closed, since the settlement terms and compliance by LUMA should not require the Court's intervention.

This litigation has been long and painful to Plaintiffs. They suffered the devastating loss of a beloved husband and father and are eager to bring this matter to its rightful conclusion. Prompt resolution of these pending motions will allow them to begin moving forward and focus on healing.

**WHEREFORE**, Plaintiffs respectfully request from this Court to expeditiously review and approve motions at Docket Nos. 115 and 118.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this September 23, 2025.

**WE HEREBY CERTIFY** that we electronically filed the foregoing with the Clerk of the Court under seal using the CM/ECF system, which will send notification of such filing to all attorneys who have filed appearances in this case.

*Counsel for Plaintiffs*

304 Ponce de León, Ste. 990
San Juan, P.R. 00918
(787) 485-2692

/s/ Carlo Defendini-Díaz
Carlo Defendini-Díaz
USDC-PR No. 227814
cd1705@hotmail.com

2