IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JARELYS SANTIAGO, et al. *Plaintiffs* v. LUMA ENERGY, LLC, et als. *Defendants and Third-party Complainants* v. SANTA ISABEL ASPHALT *Third-party Defendant* | CIVIL NO.: 23-01465 (SCC) (BJM) RE: TORT CLAIM *JURY TRIAL DEMANDED* |
| MANUEL REYES MORELL *Plaintiff* v. SANTA ISABEL ASPHALT, INC, et al. *Defendants* | Consolidated with CIVIL NO.: 23-01511 *JURY TRIAL DEMANDED* |

**MOTION TO WITHDRAW FUNDS DEPOSITED AT DOCKET NO. 128**

**TO THE HONORABLE COURT**:

**COME NOW** plaintiffs Jarelys Santiago ("Santiago") and her underage son M.A.R.S., (jointly referred to as "Plaintiffs"), and respectfully state and pray:

1.  On September 30, 2025, third-party defendant Santa Isabel Asphalt ("SIA") deposited with the Clerk of Court the settlement funds owed to M.A.R.S. *See* Docket Nos. 77, 93, 128 and 129.

1

2. Plaintiffs respectfully request that the Court order the Clerk of Court to disburse all deposited funds—together with any accrued interest—via a check payable to M.A.R.S.

3. Undersigned counsel will arrange for courier pickup of the check and will personally deliver it to Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order directing the Clerk of Court to disburse to M.A.R.S. all funds deposited by SIA at Docket Nos. 128 and 129, including any interest accrued.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this October 18, 2025.

**WE HEREBY CERTIFY** that we electronically filed the foregoing with the Clerk of the Court under seal using the CM/ECF system, which will send notification of such filing to all attorneys who have filed appearances in this case.

304 Ponce de León, Ste. 990
San Juan, P.R. 00918
(787) 485-2692

/s/ Albéniz Couret Fuentes
Albéniz Couret Fuentes
USDC-PR 222207
acouret@smclawpr.com

/s/ Carlo Defendini-Díaz
Carlo Defendini-Díaz
USDC-PR No. 227814
cd1705@hotmail.com